IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Nicole Kurdinat, etc., | Case No. 3:18 CV 1385 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| New Horizon's Baking Company, Inc., | |
| Defendant. | |

Counsel represent that this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within forty-five (45) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

                                                       August 29, 2018