UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **NICOLE KURDINAT, on behalf of herself and others similarly situated,** | ) ) CASE NO. 3:18-cv-01385 ) |
| Plaintiff, | ) JUDGE JACK ZOUHARY ) |
| vs. | ) ) |
| **NEW HORIZON'S BAKING COMPANY, INC.,** | ) ) ) |
| Defendant. | ) ) ) |

**PROPOSED STIPULATED ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff Nicole Kurdinat and Defendant New Horizon's Baking Company, Inc., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action. The costs and attorneys' fees will be paid as provided in the settlement agreement. Further, the Parties respectfully request that the Court approve their settlement agreement, which was provided to the Court for in camera review, as fair and reasonable. Finally, the Parties respectfully request that the Court retain jurisdiction to enforce the Parties' settlement agreement.

IT IS SO ORDERED.

                                                                                   _____
                                                                                   JUDGE JACK ZOUHARY

APPROVED

| | |
|---|---|
| */s/ Shannon M. Draher* | */s/ Mark D. Katz* |
| Shannon M. Draher (0074304) | Mark D. Katz (0003455) |
| Hans Nilges (0076017) | David D. Yeagley (0042433) |
| NILGES DRAHER LLC | ULMER & BERNE LLP |
| 7266 Portage Street, NW, Suite D | 1660 West 2nd Street, Suite 1100 |
| Massillon, OH 44646 | Cleveland, OH 44113 |
| (330) 470-4428 (Phone) | Tel: (216) 583-7000 |
| (330) 754-1430 (Fax) | Fax: (216) 583-7001 |
| sdraher@ohlaborlaw.com | mkatz@ulmer.com |
| hans@ohlaborlaw.com | dyeagley@ulmer.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Shannon M. Draher*
Shannon M. Draher (0074304)
*Counsel for Plaintiff*